## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

BRADIUM TECHNOLOGIES LLC,

*Plaintiff,*

v.

MICROSOFT CORPORATION,

*Defendant.*

Civil Action No. _____

**JURY TRIAL DEMANDED**

### COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Bradium Technologies LLC ("Bradium") alleges as follows against defendant Microsoft Corporation ("Microsoft"):

### THE PARTIES

1.      Bradium Technologies LLC is a Delaware Limited Liability Company (LLC) with a place of business at 75 Montebello Road, Suffern, New York 10901-3746.

2.      Microsoft Corporation is a Washington corporation with a place of business at One Microsoft Way, Redmond, WA, 98052-6399.  Microsoft may be served via service upon Corporation Service Company, 2711 Centerville Rd., Suite 400, Wilmington, DE 19808.

### JURISDICTION AND VENUE

3.      This is an action for patent infringement under the patent laws of the United States, Title 35 of the United States Code, arising from Microsoft's making, using, selling, putting into service, and/or offering for sale in the United States, and/or importing into the

United States, and/or supplying in or from the United States, various products, services, and components, including those related to Bing Maps, and/or inducing others to do the same, and/or contributing to others doing the same, and/or inducing or contributing to others combining such components in an infringing manner, during the term of U.S. Patent Nos. 7,139,794, 7,908,343 and 8,924,506, and from the date Microsoft had notice of the application published as United States Patent Application Publication No. 2011/0175914. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, including at least 35 U.S.C. §§ 154(d), 271(a), (b), (c), and (f).

4.      This Court has personal jurisdiction over Microsoft because, among other things, Microsoft has made, used, sold, and/or offered for sale Bing Maps products and services in the State of Delaware and within this District, and the causes of action alleged herein arise in part from such conduct, and because Microsoft regularly and systematically transacts business in this District at least through its store located at 137 Christiana Mall, Newark, DE 19702.

5.      Furthermore, Microsoft has purposefully availed itself of the benefits of doing business in the State of Delaware and in this District by, among other things, the acts alleged in Paragraph 4 of this Complaint and the acts of filing numerous lawsuits in this District, including, for example, *Microsoft Corp. v. Robocast Inc.*, C.A. 13-cv-313 (D. Del. Feb. 25, 2013), D.I. 1 (Microsoft complaint alleging patent infringement); *Microsoft Corp., et al. v. GeoTag Inc.*, C.A. 11-cv-175 (D Del. Mar. 1, 2011), D.I. 1 (Microsoft complaint seeking declaratory judgment of patent invalidity). Microsoft has not contested that this District is a proper venue and that it is subject to personal jurisdiction in this venue in past litigation. *Interdigital Comm'ns, et al. v.*

*Nokia Corp., et al.*, C.A. 13-cv-010 (D Del. Mar 7, 2013), D.I. 14 at ¶¶ 8-9 (Microsoft answer, consenting to litigate patent infringement matter in the District of Delaware).

6.      The exercise of personal jurisdiction over Microsoft would not offend traditional notions of fair play and substantial justice.

7.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400 because Microsoft resides or is deemed to reside in this District, is subject to personal jurisdiction in this District, has committed acts of infringement in this District, has a regular and established place of business in this District, may be found in this District, and has one or more agents who reside in or may be found in this District.

## BACKGROUND

8.      This lawsuit asserts causes of action for infringement of United States Patent Nos. 7,139,794 (the "'794 patent"), 7,908,343 (the "'343 patent") and 8,924,506 (the "'506 patent"), and of United States Patent Application Publication No. 2011/0175914 ("Publication No. 2011/0175914") (collectively, the "Asserted Patents").

9.      Isaac Levanon and Yoni Lavi invented the technology claimed in the '794, '343 and '506 patents and Publication No. 2011/0175914. A company, 3DVU, was created in order to commercialize this technology.

10.      3DVU met with Microsoft executives on multiple occasions in or around 2005.

11.      At these meetings, 3DVU discussed the possible acquisition by Microsoft of the technology invented by Messrs. Levanon and Lavi. In relation to these meetings, 3DVU

disclosed to Microsoft executives the technology and the patent applications that ultimately led to the '794, '343 and '506 patents and Publication No. 2011/0175914.

12.     Instead of purchasing this technology, upon information and belief, Microsoft without consent or authorization began to incorporate the technology of the '794, '343 and '506 patents and Publication No. 2011/0175914 into its products and services.

13.     Microsoft has prior knowledge of the '794, '343 and '506 patents.  Microsoft's own patents and patent applications refer to the '794 and '343 patents.  The '794 patent was cited during the prosecution of U.S. Patent No. 7,664,870 ("the '870 patent") on August 15, 2008. The '870 patent was assigned to Microsoft as of August 15, 2008.  The '794 patent was also cited during the prosecution of U.S. Patent No. 8,386,560 ("the '560 patent") on September 8, 2008.  The '560 patent was assigned to Microsoft as of September 8, 2008.  The '343 patent, and its Publication No. 2010/0064002, were cited in an International Search Report for International Application No. PCT/US2011/038008, for which Microsoft was the applicant, on December 28, 2011.  Publication No. 2010/0064002 is listed on the face of U.S. Patent No. 8,446,441 that issued from International Application No. PCT/US2011/038008.

14.     Bradium and its managing member and licensing agent General Patent Corporation wrote to Microsoft on May 27, 2014 and again on December 23, 2014, regarding the patent family that includes the '794, '343, and '506 patents, but, despite these invitations, Microsoft did not enter into licensing or business discussions with Bradium or General Patent Corporation.  (Exhibit A.)  In both the May 27, 2014 and December 23, 2014 letters, Bradium and General Patent Corporation noted the '794 and '343 patents, and informed Microsoft of Application No. 13/027,929, which issued as the '506 patent on December 30, 2014, and which

published as Publication No. 2011/0175914 on July 21, 2011. In the December 23, 2014 letter, Bradium and General Patent Corporation informed Microsoft that Application No. 13/027,929 would be issuing as U.S. Patent No. 8,924,506 on December 30, 3014.

15.     Microsoft provides mapping products and services, including Bing Maps products and services, in the United States, including in the District of Delaware. Microsoft distributes at least its Bing Search and Bing Maps Preview applications in this District, and Microsoft makes Bing Maps available via the web in this District.

16.     On information and belief, at least Microsoft's currently-available mapping products and services, including Bing Maps products and services, use the patented technology of the '794, '343, and '506 patents and Publication No. 2011/0175914.

17.     Bing Maps is a part of Microsoft's Online Services Division ("OSD"). The sale of search and display advertising accounts for nearly all of OSD's revenue.

18.     Bing Maps generates revenue for Microsoft directly and/or indirectly through the sale of search and display advertising and/or licensing.

19.     OSD's online advertising revenue for fiscal year 2013 was approximately $3.0 billion dollars.

20.     Microsoft has distributed, and continues to distribute, the Bing Maps Preview application via the Windows store, and the Bing Search application (which includes Bing Maps) via at least the Google Play Store, the iOS App Store, and the Windows Store, and Microsoft has made, for example, Bing Maps available via Microsoft web sites to users via at least smartphone web browsers.

- 5 -

21.     Microsoft advertises and promotes mapping products and services, including Bing Maps and Bing Maps Preview. The Google Play Store indicates that the Bing Search application (which includes Bing Maps) is offered by Microsoft, and that the Bing Search application has been downloaded over one million times. The iOS App Store indicates that Microsoft is the seller of the Bing Search application. The Windows Store indicates that the Bing Maps Preview application is offered by Microsoft.

22.     Microsoft provides instructions for users of its mapping products and services, including Bing Maps and Bing Maps Preview, via, for example, Microsoft's website, via Bing Blogs, and via the Bing Search application description that is displayed, for example, on the iOS App Store. For example, the description for Bing Search that is displayed on the iOS App Store instructs users, under the "Maps" heading, to "[g]et walking, driving, and transit directions with current traffic conditions," and to "[e]xplore shops, restaurants and other places with ratings, prices, and other detailed information." As another example, Microsoft provides instructions for users of the Bing Maps Preview application for Windows 8.1 in a September 10, 2014 Bing Blogs posting entitled "Get Around Town Faster with Bing Maps Preview App," http://blogs.bing.com/search/2014/09/10/get-around-town-faster-with-bing-maps-preview-app/, and via a YouTube video entitled "Bing Maps Preview App," that was posted by Microsoft's Bing Maps Team on December 5, 2013, http://www.youtube.com/watch?v=6X5a2Wj4URM.

23.     The Microsoft Bing Maps team makes some test data related to Bing Maps publicly available for Bing Maps. *See* Ricky Brundritt, *Location Intelligence for Windows Store Apps* 199 (2014), *available at* http://blogs.msdn.com/b/rbrundritt/archive/2014/03/04/free-ebook-location-intelligence-for-windows-store-apps.aspx.

24.     On information and belief, Microsoft also offers training on the use of at least the

Bing Search application and Bing Maps, as part of the on-site training at one or more Microsoft

Stores, including as part of the "Windows 8.1: Fundamentals of The New Windows" course that

are offered at the Microsoft Store in Newark, Delaware.  The "event details" for this course

indicate that the event includes instruction on apps.  *See Newark Event Calendar*, Microsoft

Store, http://www.microsoft.com/en-us/store/locations/de/newark/christiana-mall/store-

16#events (last visited January 5, 2015).

## COUNT I
### INFRINGEMENT OF U.S. PATENT NO. 7,139,794

25.     The contents of Paragraphs 1 through 24 are incorporated by reference as if

specifically set forth herein.

26.     On November 21, 2006, United States Letters Patent No. 7,139,794 for "System

and Methods for Network Image Delivery with Dynamic Viewing Frustum Optimized for

Limited Bandwidth Communication Channels," was duly and legally issued to Isaac Levanon

and Yoni Lavi.  A Certificate of Correction issued for the '794 patent on July 1, 2014.  All rights

and interest in the '794 patent have been assigned to Bradium.  A true and correct copy of

the '794 patent, including the Certificate of Correction, is attached hereto as Exhibit B.

27.     On information and belief, Microsoft has directly infringed and continues to

directly infringe one or more claims of the '794 patent, including at least claim 2, as the claims

are properly construed both prior to and after the issuance of the Certificate of Correction.  On

information and belief, the infringing acts include performing each step of claim 2 by or under

the direction and control of Microsoft, including at least using one or more of: (i) Microsoft's

Bing Search application for Android on a computer device such as a smartphone; (ii) Microsoft's

- 7 -

Bing Search application for iOS on a computer device such as a smartphone; (iii) Microsoft's

Bing Maps Preview application for Microsoft Windows on a computer device such as a

smartphone; and/or (iv) Microsoft's Bing Maps web sites available via smartphone web browsers

on a computer device such as a smartphone.

28.     For example, on information and belief, Microsoft's Bing Search application for

Android on a computer device such as a smartphone, determines a viewpoint orientation with

respect to a Bing Maps image displayed within a three-dimensional space, in response to user

navigational commands when employing the "bird's eye" map style.

29.     Further, on information and belief, Microsoft's Bing Search application for

Android on a computer device such as a smartphone, in combination with Microsoft servers,

requests Bing Maps map tiles in a priority order to provide progressive resolution enhancement

of the Bing Maps image.

30.     On information and belief, Bing Maps map tiles are image parcels that correspond

to a region of the map image and that have an associated resolution. *See, e.g.*, Joe Schwartz,

*Bing Maps Tile System*, Microsoft Developer Network, http://msdn.microsoft.com/en-

us/library/bb259689.aspx (last visited Oct. 31, 2014), which includes the following graphic that

describes Bing Maps map tiles:



31. Further, on information and belief, Microsoft's Bing Search application for Android on a computer device such as a smartphone, in combination with Microsoft servers, stores and renders the Bing Maps map tiles, and the priority of the map tiles is reevaluated in response to user navigational commands.

32. Microsoft is therefore liable for direct infringement of the '794 patent pursuant to 35 U.S.C. § 271(a).

33. Microsoft has, and continues to, induce infringement of at least claim 2 of the '794 patent under 35 U.S.C. § 271(b), as the claims are properly construed both prior to and after the issuance of the Certificate of Correction, because Microsoft has intended, and continues to intend, to cause end users to use at least Bing Maps, Bing Maps Preview, and the Bing Search application in a manner covered by one or more claims of the '794 patent, including claim 2.

34. Microsoft instructs and encourages end users to use at least Bing Maps and the Bing Search application in a manner covered by one or more claims of the '794 patent, including claim 2.

35.     On information and belief, end users have used, and continue to use, at least, Bing Search, Bing Maps Preview, and Bing Maps in an infringing manner, as the claims are properly construed both prior to and after the issuance of the Certificate of Correction.

36.     On information and belief, Microsoft has been and is actively inducing and encouraging direct infringement by end users by offering users Bing Rewards for using Microsoft and/or Bing products and services, including the Bing Search application. Microsoft also provides instructions to encourage end users to use at least Bing Maps, Bing Maps Preview and the Bing Search application in a manner covered by one or more claims of the '794 patent, including claim 2, as the claims are properly construed both prior to and after the issuance of the Certificate of Correction.

37.     On information and belief, Microsoft had (both prior to and after July 1, 2014) and has knowledge of the '794 patent and knowledge that end users' use of at least Bing Maps, Bing Maps Preview, and the Bing Search application infringes the '794 patent. On information and belief, Microsoft intends for end users to use at least Bing Maps, Bing Maps Preview, and the Bing Search application in a manner that directly infringes the '794 patent.

38.     On information and belief, Microsoft had and has knowledge that the induced acts of end users of at least Bing Maps, the Bing Maps Preview application, and the Bing Search application constitute infringement of the '794 patent.

39.     Microsoft has contributed to, and continues to contribute to, direct infringement of at least claim 2 of the '794 patent under 35 U.S.C. § 271(c).

40.     Bing Maps and Bing Maps Preview, at least, are designed to operate in a manner that is covered by one or more claims of the '794 patent, through, among other things, their use of map tiles. *See, e.g.*, Joe Schwartz , *Bing Maps Tile System*, Microsoft Developer Network, http://msdn.microsoft.com/en-us/library/bb259689.aspx (last visited Oct. 31, 2014), which includes a graphic that describes Bing Maps map tiles. (*See* Paragraph 30.)

41.     Microsoft mapping products and services, including at least Bing Maps and Bing Maps Preview, are not staple articles of commerce with substantial non-infringing uses.

42.     When an end user uses Microsoft mapping products and services such as Bing Maps and Bing Maps Preview in their intended manner, such user performs all of the steps of one or more claims of the '794 patent, including at least claim 2, as the claims are properly construed both prior to and after the issuance of the Certificate of Correction.  Accordingly, at least Bing Maps and Bing Maps Preview are a material part of the invention claimed in the '794 patent.

43.     Microsoft has infringed and continues to infringe despite an objectively high likelihood that its actions constitute infringement of Bradium's valid patent rights, as the claims are properly construed both prior to and after the issuance of the Certificate of Correction.  On information and belief, Microsoft knew of or should have known of this objectively high risk at least as early as it commenced its infringing activities and/or it became aware of the '794 patent, as described above.  Thus, Microsoft's infringement of the '794 patent has been and continues to be willful.

44.     The acts of direct and indirect infringement by Microsoft have caused, are causing, and will cause damage to Bradium.  Bradium is entitled to recover such damages from Microsoft, in an amount subject to proof at trial.

## COUNT II
## INFRINGEMENT OF U.S. PATENT NO. 7,908,343

45.     The contents of Paragraphs 1 through 44 are incorporated by reference as if specifically set forth herein.

46.     On March 15, 2011, United States Letters Patent No. 7,908,343 for "Optimized Image Delivery Over Limited Bandwidth Communication Channels," was duly and legally issued to Isaac Levanon and Yoni Lavi.  All rights and interest in the '343 patent have been assigned to Bradium.  A true and correct copy of the '343 patent is attached hereto as Exhibit C.

47.     On information and belief, Microsoft has directly infringed and continues to infringe at least claims 1 and 13 of the '343 patent.  The infringing acts include performing each step of claim 1 by or under the direction and control of Microsoft, including the performance of each step by, at least, using one or more of: (i) Microsoft's Bing Search application for Android on a computer device such as a smartphone in combination with Microsoft servers; (ii) Microsoft's Bing Search application for iOS on a computer device such as a smartphone in combination with Microsoft servers; (iii) Microsoft's Bing Maps Preview application for Microsoft Windows on a computer device such as a smartphone in combination with Microsoft servers; and/or (iv) Microsoft's Bing Maps web sites available via smartphone web browsers on a computer device such as a smartphone in combination with Microsoft servers.

48.     The infringing acts further include at least making, using, putting into service, selling, offering for sale, and/or importing, systems that are covered by one or more claims of the '343 patent, including claim 13, for example, at least (i) Microsoft's Bing Search application for Android on a computer device such as a smartphone in combination with Microsoft servers; (ii) Microsoft's Bing Search application for iOS on a computer device such as a smartphone in combination with Microsoft servers; (iii) Microsoft's Bing Maps Preview application for Windows on a computer device such as a smartphone in combination with Microsoft servers; and (iv) Microsoft's Bing Maps web sites available via at least smartphone web browsers on a computer device such as a smartphone in combination with Microsoft servers.

49.     For example, on information and belief, the Bing Search application, operating on an Android device, requests, receives, and displays Bing Maps map tiles based on a user's image viewpoint. Further, on information and belief, Microsoft servers process Bing Maps map tiles in an infringing manner.

50.     Microsoft is therefore liable for direct infringement of the '343 patent pursuant to 35 U.S.C. § 271(a).

51.     Microsoft has, and continues to, induce infringement of at least claim 13 of the '343 patent under 35 U.S.C. § 271(b), because Microsoft has intended, and continues to intend, to cause end users to use at least Bing Maps, Bing Maps Preview, and the Bing Search application in a manner covered by one or more claims of the '343 patent, including claim 13.

52.     Microsoft instructs and encourages end users to use at least Bing Maps, Bing Maps Preview, and the Bing Search application in a manner covered by one or more claims of the '343 patent, including claim 13.

- 13 -

53.     On information and belief, end users have used, and continue to use, at least Bing Search, Bing Maps Preview, and Bing Maps in an infringing manner, including by making, using and putting into service the system claimed in claim 13.

54.     Microsoft has been and is actively inducing and encouraging direct infringement by end users by offering users Bing Rewards for using Microsoft products and services, including the Bing Search application. Microsoft provides instructions that encourage end users to use at least Bing Maps, Bing Maps Preview, and the Bing Search application in a manner covered by one or more claims of the '343 patent, including claim 13.

55.     On information and belief, Microsoft has knowledge of the '343 patent and knowledge that end users' use of at least Bing Maps, Bing Maps Preview, and the Bing Search application infringes the '343 patent. On information and belief, Microsoft intends for end users to use at least Bing Maps, Bing Maps Preview, and the Bing Search application in a manner that directly infringes the '343 patent.

56.     On information and belief, Microsoft had and has knowledge that the induced acts of end users of at least Bing Maps, Bing Maps Preview, and the Bing Search application constitute infringement of the '343 patent.

57.     Microsoft has, and continues to, commit acts of patent infringement of at least claim 13 of the '343 patent under 35 U.S.C. § 271(f). Microsoft has, and continues to, supply all and/or a substantial portion of the components of the invention of at least claim 13 of the '343 patent in or from the United States, in such a manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

58.     Further, Microsoft has, and continues to, supply one or more components of the

invention of at least claim 13 of the '343 patent that are especially adapted for use in the

invention and are not a staple article of commerce suitable for substantial noninfringing use,

knowing that such components are so adapted and intending that such components will be

combined outside of the United States in a manner that would infringe at least claim 13 of

the '343 patent if such combination occurred within the United States.

59.     For example, on information and belief, Microsoft supplies Microsoft hardware

and/or servers in or from the United States, including as part of the Microsoft Edge Caching

Program, that are especially adapted to, for example, deliver Bing Maps tiles to at least

Microsoft's Bing Search application when the application is resident on a computer device such

as a smartphone.  When configured to provide mapping products or services, such as by

providing Bing Maps tiles, the Microsoft hardware is not a staple article of commerce suitable

for substantial noninfringing use.  Microsoft actively induces end users to use, for example, at

least the Bing Maps Preview application such that the application is combined with the Microsoft

hardware and/or servers outside of the United States in a manner that would infringe at least

claim 13 of the '343 patent if such combination occurred within the United States.

60.     As another example, Microsoft supplies in or from the United States, via the

Windows Store, at least the Bing Maps Preview application, which is especially adapted to,

among other things, retrieve Bing Maps tiles.  Microsoft supplies the Bing Maps Preview

application knowing that it will be combined outside of the United States with, for example,

Microsoft servers, in a manner that would infringe at least claim 13 of the '343 patent if such

combination occurred within the United States.

61.     Microsoft has contributed to, and continues to contribute to, direct infringement of at least claim 13 of the '343 patent under 35 U.S.C. § 271(c).

62.     Bing Maps and Bing Maps Preview, at least, are designed to operate in a manner that is covered by one or more claims of the '343 patent, through, among other things, their use of Bing Maps map tiles. *See*, Paragraph 30, above.

63.     Microsoft mapping products and services, such as Bing Maps and Bing Maps Preview, are not staple articles of commerce with substantial non-infringing uses.

64.     When an end user uses Microsoft mapping products and services, such as Bing Maps and Bing Maps Preview, in their intended manner, such user makes, uses and/or puts into service the system of one or more claims of the '343 patent, including claim 13.  Accordingly, at least Bing Maps and Bing Maps Preview are a material part of the invention claimed in the '343 patent.

65.     Microsoft has infringed and continues to infringe despite an objectively high likelihood that its actions constitute infringement of Bradium's valid patent rights.  On information and belief, Microsoft knew of or should have known of this objectively high risk at least as early as it commenced its infringing activities and/or it became aware of the '343 patent, as described above.  Thus, Microsoft's infringement of the '343 patent has been and continues to be willful.

66.     The acts of direct and indirect infringement and the supply of components in or from the United States by Microsoft have caused, are causing, and will cause damage to

Bradium. Bradium is entitled to recover such damages from Microsoft, in an amount subject to proof at trial.

## COUNT III
### INFRINGEMENT OF U.S. PATENT NO. 8,924,506

67. The contents of Paragraphs 1 through 66 are incorporated by reference as if specifically set forth herein.

68. On December 30, 2014, United States Letters Patent No. 8,924,506 for "Optimized Image Delivery Over Limited Bandwidth Communication Channels," was duly and legally issued to Isaac Levanon and Yoni Lavi. All rights and interest in the '506 patent have been assigned to Bradium. A true and correct copy of the '506 patent is attached hereto as Exhibit D.

69. On July 21, 2011, United States Patent Application Publication No. 2011/0175914 was published. A true and correct copy of Publication No. 2011/0175914 is attached hereto as Exhibit E.

70. Microsoft had prior actual notice of Application No. 13/027,929, which is the patent application that issued as the '506 patent, and of Publication No. US 2011/0175914, which is the publication associated with this application. The claims of Publication No. US 2011/0175914 are substantially identical to the claims of the '506 patent.

71. On information and belief, Microsoft has directly infringed and continues to infringe at least claims 1, 8 and 15 of the '506 patent. The infringing acts include performing each step of claim 1 by or under the direction and control of Microsoft, including the performance of each step by, at least, using one or more of: (i) Microsoft's Bing Search

application for Android on a computer device such as a smartphone in combination with Microsoft servers; (ii) Microsoft's Bing Search application for iOS on a computer device such as a smartphone in combination with Microsoft servers; (iii) Microsoft's Bing Maps Preview application for Microsoft Windows on a computer device such as a smartphone in combination with Microsoft servers; and/or (iv) Microsoft's Bing Maps web sites available via smartphone web browsers on a computer device such as a smartphone in combination with Microsoft servers.

72.     The infringing acts further include at least making, using, putting into service, selling, offering for sale, and/or importing, systems that are covered by one or more claims of the '506 patent, including claim 8, for example, at least (i) Microsoft's Bing Search application for Android on a computer device such as a smartphone in combination with Microsoft servers; (ii) Microsoft's Bing Search application for iOS on a computer device such as a smartphone in combination with Microsoft servers; (iii) Microsoft's Bing Maps Preview application for Windows on a computer device such as a smartphone in combination with Microsoft servers; and/or (iv) Microsoft's Bing Maps web sites available via smartphone web browsers on a computer device such as a smartphone in combination with Microsoft servers.

73.     The infringing acts further include at least making, using, putting into service, selling, offering for sale, and/or importing, computers that are covered by one or more claims of the '506 patent, including claim 15, for example, at least Microsoft servers that work with Bing Search applications, Bing Maps Preview applications, and/or Bing Maps web sites.

74.     Microsoft is therefore liable for direct infringement of the '506 patent pursuant to 35 U.S.C. § 271(a).

75.     Microsoft has, and continues to, induce infringement of at least claims 8 and 15 of the '506 patent under 35 U.S.C. § 271(b), because Microsoft has intended, and continues to intend, to cause end users to use at least Bing Maps, Bing Maps Preview, and the Bing Search application in a manner covered by one or more claims of the '506 patent, including claims 8 and 15.

76.     Microsoft instructs and encourages end users to use at least Bing Maps, Bing Maps Preview, and the Bing Search application in a manner covered by one or more claims of the '506 patent, including claims 8 and 15.

77.     On information and belief, end users have used, and continue to use, at least Bing Search, Bing Maps Preview, and Bing Maps in an infringing manner, including by making, using and putting into service the system claimed in claim 8 and the computer claimed in claim 15.

78.     Microsoft has been and is actively inducing and encouraging direct infringement by end users by offering users Bing Rewards for using Microsoft products and services, including the Bing Search application. Microsoft provides instructions that encourage end users to use at least Bing Maps, Bing Maps Preview, and the Bing Search application in a manner covered by one or more claims of the '506 patent, including claims 8 and 15.

79.     On information and belief, Microsoft has knowledge of the '506 patent and knowledge that end users' use of at least Bing Maps, Bing Maps Preview, and the Bing Search application infringes the '506 patent. On information and belief, Microsoft intends for end users to use at least Bing Maps, Bing Maps Preview, and the Bing Search application in a manner that directly infringes the '506 patent.

80.     On information and belief, Microsoft had and has knowledge that the induced acts of end users of at least Bing Maps, Bing Maps Preview, and the Bing Search application constitute infringement of the '506 patent.

81.     Microsoft has, and continues to, commit acts of patent infringement of at least claim 8 of the '506 patent under 35 U.S.C. § 271(f).  Microsoft has, and continues to, supply all and/or a substantial portion of the components of the invention of at least claim 8 of the '506 patent in or from the United States, in such a manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within the United States.

82.     Further, Microsoft has, and continues to, supply one or more components of the invention of at least claim 8 of the '506 patent that are especially adapted for use in the invention and are not a staple article of commerce suitable for substantial noninfringing use, knowing that such components are so adapted and intending that such components will be combined outside of the United States in a manner that would infringe at least claim 8 of the '506 patent if such combination occurred within the United States.

83.     For example, on information and belief, Microsoft supplies Microsoft hardware and/or servers in or from the United States, including as part of the Microsoft Edge Caching Program, that are especially adapted to, for example, deliver Bing Maps tiles to at least Microsoft's Bing Search application when the application is resident on a computer device such as a smartphone.  When configured to provide mapping products or services, such as by providing Bing Maps tiles, the Microsoft hardware is not a staple article of commerce suitable for substantial noninfringing use.  Microsoft actively induces end users to use, for example, at

least the Bing Maps Preview application such that the application is combined with the Microsoft hardware and/or servers outside of the United States in a manner that would infringe at least claim 8 of the '506 patent if such combination occurred within the United States.

84.    As another example, Microsoft supplies in or from the United States, via the Windows Store, at least the Bing Maps Preview application, which is especially adapted to, among other things, retrieve Bing Maps tiles. Microsoft supplies the Bing Maps Preview application knowing that it will be combined outside of the United States with, for example, Microsoft servers, in a manner that would infringe at least claim 8 of the '506 patent if such combination occurred within the United States.

85.    Microsoft has contributed to, and continues to contribute to, direct infringement of at least claims 8 and 15 of the '506 patent under 35 U.S.C. § 271(c).

86.    Bing Maps and Bing Maps Preview, at least, are designed to operate in a manner that is covered by one or more claims of the '506 patent, through, among other things, their use of Bing Maps map tiles. *See*, Paragraph 30, above.

87.    Microsoft mapping products and services, such as Bing Maps and Bing Maps Preview, are not staple articles of commerce with substantial non-infringing uses.

88.    When an end user uses Microsoft mapping products and services, such as Bing Maps and Bing Maps Preview, in their intended manner, such user makes, uses and/or puts into service the system of one or more claims of the '506 patent, including claim 8, and the computer of one or more claims of the '506 patent, including claim 15. Accordingly, at least Bing Maps and Bing Maps Preview are a material part of the invention claimed in the '506 patent.

89. Microsoft has infringed and continues to infringe despite an objectively high likelihood that its actions constitute infringement of Bradium's valid patent rights. On information and belief, Microsoft knew of or should have known of this objectively high risk at least as early as it commenced its infringing activities and/or it became aware of the '506 patent, as described above. Thus, Microsoft's infringement of the '506 patent has been and continues to be willful.

90. Microsoft is liable for infringement of Bradium's provisional rights in at least claims 1, 8 and 15 of the '506 patent for the same reasons that Microsoft is liable for infringement of at least claims 1, 8, and 15 of the '506 patent.

91. The acts of direct and indirect infringement, infringement of provisional rights, and the supply of components in or from the United States by Microsoft have caused, are causing, and will cause damage to Bradium. Bradium is entitled to recover such damages from Microsoft, in an amount subject to proof at trial.

## PRAYER FOR RELIEF

WHEREFORE, Bradium prays for judgment and seeks relief as follows:

(a) For judgment that Microsoft has infringed one or more claims of the '794 patent, both prior to and after the issuance of the Certificate of Correction, and continues to infringe;

(b) For judgment that Microsoft has infringed, and continues to infringe, one or more of claims of the '343 patent;

(c) For judgment that Microsoft has infringed, and continues to infringe, one or more of claims of the '506 patent and one or more claims of Publication No. 2011/0175914;

(d) For damages, together with prejudgment and post-judgment interest, and post-judgment royalties, sustained by Bradium as the result of Microsoft's acts of infringement, of no less than a reasonable royalty, and for treble damages based on Microsoft's willful infringement;

(e) For pre-issuance royalties for the '506 patent under 35 U.S.C. § 154(d)(1);

(f) For a permanent injunction enjoining Microsoft and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert or participation with them, from infringing the claims of the '794 patent, the '343 patent, and the '506 patent;

(g) For judgment that this case is exceptional and for an award of attorney's fees, costs, and expenses pursuant to 35 U.S.C. § 285 or as otherwise permitted by law;

(h) For all costs of suit; and

(i) For such other and further relief as the Court may deem just and proper.

**JURY DEMAND**

Pursuant to Fed. R. Civ. P. 38, Plaintiff demands a trial by jury of any and all issues properly triable by a jury.


Dated:          January 9, 2015                    Respectfully Submitted:


                                                   PHILLIPS, GOLDMAN & SPENCE, P.A.

                                                    By: */s/ John C. Phillips, Jr.*
                                                   John C. Phillips, Jr. (#110)
                                                   David A. Bilson (#4986)
                                                   1200 North Broom Street
                                                   Wilmington, DE 19806
                                                   (302) 655-4200
                                                   jcp@pgslaw.com
                                                   dab@pgslaw.com


                                                   *Attorneys for Plaintiff*, Bradium
                                                   Technologies LLC

Of Counsel:

Mark A. Hannemann
Chris J. Coulson
KENYON & KENYON LLP
One Broadway
New York, NY  10004
Telephone: 212.425.7200
Facsimile: 212.425.5288
Email: mhannemann@kenyon.com

John W. Bateman
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC  20005
Telephone: 202.220.4200
Facsimile: 202.220.4201
Email: jbateman@kenyon.com

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38, Plaintiff demands a trial by jury of any and all issues properly triable by a jury.

Dated: January 9, 2015

Respectfully Submitted:

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: _____
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
dab@pgslaw.com

*Attorneys for Plaintiff*, Bradium
Technologies LLC

Of Counsel:

Mark A. Hannemann
Chris J. Coulson
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Telephone: 212.425.7200
Facsimile: 212.425.5288
Email: mhannemann@kenyon.com

John W. Bateman
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC 20005
Telephone: 202.220.4200
Facsimile: 202.220.4201
Email: jbateman@kenyon.com

- 24 -

Michael N. Zachary
KENYON & KENYON LLP
1801 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.384.4700
Facsimile: 650.384.4701
Email: mzachary@kenyon.com