**PHILLIPS, GOLDMAN & SPENCE, P.A.**
ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DE 19806

(302) 655-4200 (P)
(302) 655-4210 (F)

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. MCLAUGHLIN
JAMES P. HALL
DAVID A. BILSON
STEPHEN A. SPENCE
MEGAN C. HANEY

March 7, 2016

**<u>BY CM/ECF & HAND DELIVERY</u>**
The Hon. Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3569

Re**:** *Bradium Technologies LLC v. Microsoft Corp.*, C.A. No. 15-031-RGA

Dear Judge Andrews:

Enclosed please find the parties' proposed Protective Order and proposed ESI Order. Where the parties have been unable to reach agreement, we have included each side's proposals in bold.

Pursuant to the Court's instructions, today the parties will also submit two 3-page letters (one letter as to each contested order) in support of their respective positions. In order to allow each letter to incorporate rebuttal material, the parties exchanged, but did not file, drafts of these letters on March 3, 2016.

Respectfully,

*/s/ John C. Phillips, Jr.*

John C. Phillips, Jr. (No. 110)

Enc.

cc: All counsel of record (via CM/ECF & email with enc.)